UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:12cv00745 |
|---|---|---|---|

Woodlands Township *versus* UniCredit Bank AG

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Michael A. Hanin<br>Kasowitz, Benson, Torres & Friedman<br>1633 Broadway<br>NY, NY 10019<br>212 506 1788<br>NY Bar # 4053609<br>SDNY # MH8992 |
|---|---|
| Seeks to appear for this party: | UniCredit Bank AG |
| Dated: 3/12/12 | Signed: [signature] |

| The state bar reports that the applicant's status is: | |
|---|---|
| Dated: | Clerk's signature: |

Order      This lawyer is admitted *pro hac vice*.

Dated: _____      _____
                                         United States District Judge