| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:12cv00745 |
|---|---|---|---|
| Woodlands Township | | versus | Unicredit Bank AG |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Mark P. Ressler<br>Kasowitz, Benson, Torres & Friedman<br>1633 Broadway<br>NY, NY 10019<br>212.506.1752<br>NY Bar # 2295582<br>SDNY # MR4985 |
|---|---|
| Seeks to appear for this party: | Unicredit Bank AG |
| Dated: 3/12/12 | Signed: [signature] |

| The state bar reports that the applicant's status is: | |
|---|---|
| Dated: | Clerk's signature: |

| Order | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____     _____
                                      United States District Judge