IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THE WOODLANDS TOWNSHIP f/k/a TOWN CENTER IMPROVEMENT DISTRICT, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:12-cv-00745 |
| UNICREDIT BANK AG f/k/a BAYERISCHE HYPO-UND VEREINSBANK AG | § § § § § | Jury Demanded |
| Defendant. | § | |

**PLAINTIFF'S JURY DEMAND**

Pursuant to Rule 38 and Rule 39 of the Federal Rules of Civil Procedure and the United States Constitution, Plaintiff The Woodlands Township f/k/a Town Center Improvement District ("Plaintiff") hereby demands a trial by jury on all issues in the above-entitled action.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that the Court grant its request for a jury trial on all issues and grants any such other and further relief to which it may show itself justly entitled.

Respectfully submitted the 26th day of March 2012.

               Respectfully submitted,

               BRACEWELL & GIULIANI LLP

               By:  */s/ Phillip L. Sampson, Jr.*
                   Phillip L. Sampson, Jr.
                   Attorney-in-Charge
                   State Bar No. 00788344
                   David W. Morris
                   State Bar No. 24046481
                   Edmund W. Robb
                   State Bar No. 24080036

-2-

        711 Louisiana Street, Suite 2300
        Houston, Texas 77002-2770
        Telephone:  (713) 223-2300
        Telecopy:   (713) 221-1212

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record via the Court's electronic filing system pursuant to the Federal Rules of Civil Procedure on the 26th day of March, 2012.

         */s/ Phillip L. Sampson, Jr.*
        Phillip L. Sampson, Jr.