IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| THE WOODLANDS TOWNSHIP f/k/a TOWN CENTER IMPROVEMENT DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>UNICREDIT BANK AG f/k/a BAYERISCHE HYPO-UND VEREINSBANK AG<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§ Civil Action No. 4:12-cv-00745<br>§<br>§ Jury Demanded<br>§<br>§<br>§<br>§ |

## ORDER

On this day came on for consideration Plaintiff The Woodlands Township f/k/a Town Center Improvement District's ("Plaintiff") Motion to Withdraw Plaintiff's Jury Demand ("Motion"). Having considered Plaintiff's Motion, Defendant's Response, if any, the arguments of counsel, if any, and the papers on file with this Court, the Court is of the opinion that Plaintiff's Motion should be and is hereby GRANTED. It is therefore,

ORDERED that Plaintiff's Motion is granted. It is further,

ORDERED that Plaintiff's request for a trial by jury is withdrawn.

SIGNED on this 1st day of May, 2012.

Honorable Melinda Harmon
United States District Judge